**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | |
|---|---|---|
| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **Kenneth** <br> First name | **Aimee** <br> First name |
| **D** <br> Middle name | **L** <br> Middle name |
| **Martin, II** <br> Last name and Suffix (Sr., Jr., II, III) | **Martin** <br> Last name and Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx-xx-7633

xxx-xx-6919

| Debtor 1 | **Kenneth D Martin, II** |
|---|---|
| Debtor 2 | **Aimee L Martin** |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **985 Little Salt Creek Run** **Bedford, IN 47421** | **If Debtor 2 lives at a different address:** |
| Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Lawrence** | |
| County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

About Debtor 1:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

About Debtor 2:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Kenneth D Martin, II**

Debtor 2   **Aimee L Martin**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | **Southern District of Indiana** | When **12/14/22** | Case number **22-91143** |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

☐ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Kenneth D Martin, II** | Case number *(if known)* | |
|----------|--------------------------|--------------------------|---|
| Debtor 2 | **Aimee L Martin** | | |

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Kenneth D Martin, II**
Debtor 2    **Aimee L Martin**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Kenneth D Martin, II**
Debtor 2    **Aimee L Martin**                                          Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Kenneth D Martin, II | /s/ Aimee L Martin |
|---|---|
| **Kenneth D Martin, II** | **Aimee L Martin** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on  **May  9, 2025** | Executed on  **May  9, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

---

| Debtor 1 | **Kenneth D Martin, II** | | |
|---|---|---|---|
| Debtor 2 | **Aimee L Martin** | | Case number *(if known)* |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

| /s/ Weston E. Overturf | Date | **May  9, 2025** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone   **317-777-7443**          Email address

**27281-49 IN**
Bar number & State

Certificate Number: 15725-INS-CC-039644565



15725-INS-CC-039644565

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 9, 2025</u>, at <u>12:55</u> o'clock <u>PM EDT</u>, <u>Aimee Martin</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of Indiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 9, 2025</u>                    By:     <u>/s/Angela Rosa</u>

                                        Name:  <u>Angela Rosa</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15725-INS-CC-039644566



15725-INS-CC-039644566

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 9, 2025</u>, at <u>12:55</u> o'clock <u>PM EDT</u>, <u>Kenneth Martin</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of Indiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>May 9, 2025</u>                    By:     <u>/s/Angela Rosa</u>

                                        Name:  <u>Angela Rosa</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kenneth D Martin, II** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Aimee L Martin** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

**Apple Card**
**Lockbox 6112**
**PO Box 7247**
**Philadelphia, PA 19170**

What is the nature of the claim?   Trade Debt          $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　-  _____
　　　Unsecured claim　　　　  _____

**2**

**CAN Capital**
**2015 Vaughn Rd. NW**
**Kennesaw, GA 30144**

What is the nature of the claim?   Trade debt          $77,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　-  _____

Debtor 1    **Kenneth D Martin, II**
Debtor 2    **Aimee L Martin**                                    Case number *(if known)* _____

Contact phone _____                    Unsecured claim                    _____

---

**3**

**Indiana Department of  Revenue**
**PO Box 6479**
**Indianapolis, IN 46206-6479**

What is the nature of the claim? _____    **Unknown**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
Contact _____
     Unsecured claim    _____
Contact phone _____

---

**4**

**Indiana Department of Revenue**
**PO Box 6479**
**Indianapolis, IN 46206**

What is the nature of the claim?    **Bartletsville Rd.; Little**    **Unknown**
                                    **Salt Creek (171.4**
                                    **acres) (10 acres) and**
                                    **(35 acres)**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **Unknown**
     Value of security:    - **Unknown**
Contact _____
     Unsecured claim    **Unknown**
Contact phone _____

---

**5**

**Indiana University**
**107 S. Indiana Ave.**
**Bloomington, IN 47405**

What is the nature of the claim? _____    **$10,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
Contact _____
     Unsecured claim    _____
Contact phone _____

---

**6**

**Internal Revenue Service**

What is the nature of the claim?    **withholding and other**    **Unknown**
                                    **taxes**

---

| Debtor 1 | **Kenneth D Martin, II** | |
|---|---|---|
| Debtor 2 | **Aimee L Martin** | Case number *(if known)* |

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: — _____
Unsecured claim

Contact _____

Contact phone _____

---

**7**

**Lawrence County Auditor**
**916 15th St**
**Bedford, IN 47421**

What is the nature of the claim?    **Property Taxes**    **$11,150.31**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: — _____
Unsecured claim

Contact _____

Contact phone _____

---

**8**

**Sampson Funding**
**17 State St**
**New York, NY 10004**

What is the nature of the claim?    **Trade Debt**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: — _____
Unsecured claim

Contact _____

Contact phone _____

---

**9**

**Samson Horus**
**104 E 25th St**
**10th Floow**
**New York, NY 10010**

What is the nature of the claim?    **Trade Debt**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

| Debtor 1 | **Kenneth D Martin, II** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Aimee L Martin** | | |

Contact phone _____

Value of security: - _____
Unsecured claim _____

---

**10**

**SCJ Commercial**
**17507 S. Dupont Hwy.**
**Harrington, DE 19952**

What is the nature of the claim?   **Trade Debt**   **$132,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: - _____

Contact phone _____

Unsecured claim _____

---

**11**

**United Fire and Casualty**
**Company**
**c/o Michael J Weber**
**222 West Adams St. Suite 3400**
**Chicago, IL 60606**

What is the nature of the claim?   **Settlement Agreement**   **$906,674.45**
**in Court Case**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: - _____

Contact phone _____

Unsecured claim _____

---

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Kenneth D Martin, II**                    X **/s/ Aimee L Martin**
**Kenneth D Martin, II**                              **Aimee L Martin**
Signature of Debtor 1                                Signature of Debtor 2

Date **May  9, 2025**                              Date **May  9, 2025**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Kenneth D Martin, II**
     **Aimee L Martin**

Case No. _____

Chapter **11**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................... $ _____ **0.00**

    Prior to the filing of this statement I have received ...................... $ _____ **0.00**

    Balance Due .................................................................................. $ _____ **0.00**

2.  $__**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **SEE APPLICATION TO EMPLOY**

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and
        advise as to reaffirmation agreements.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Discharge litigations; 707 and 523 actions; exemption issues including, but not limited to, contested motions for
    the turnover by the trustee; contested lien avoidence motions; contested adversary proceedings for the purpose
    of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and
    representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May  9, 2025**
_____
*Date*

**/s/ Weston E. Overturf**
_____
**Weston E. Overturf**
*Signature of Attorney*
**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-777-7443**
_____
*Name of law firm*

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                    )       Case No. _____

**Kenneth D Martin, II**                  )
**Aimee L Martin**                        )       ☐ Check if this form is submitted with an amended creditor
_____         )       list.
                        Debtor(s).  )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **May  9, 2025**                           **/s/ Kenneth D Martin, II**
_____                          _____
                                                   **Kenneth D Martin, II**
                                                   Signature of Debtor


                                                   **/s/ Aimee L Martin**
                                                   _____
                                                   **Aimee L Martin**
                                                   Signature of Joint Debtor


**(Note: Certificate of Service not required.)**

ACTIVATE HEALTHCARE
7575 E 30TH ST
INDIANAPOLIS, IN 46219


ADI
3160 SHADELAND AVE
INDIANAPOLIS, IN 46219


AGCO FIANNCE
PO BOX 77113
MINNEAPOLIS, MN 55480


AIRGAS USA, LLC
2600 NORTHLAND DR.
ELKHART, IN 46514


ALB RECEIVING FUND
8044 MONTGOMERY ROAD
SUITE 522
CINCINNATI, OH 45236


ALLEN MAXWELL & SILVER
17-17 NJ-208 #340
FAIR LAWN, NJ 07410


ALLIED BENEFIT SYSTEM, INC.
200 W ADAMS ST.
CHICAGO, IL 60606

APPLE CARD
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA, PA 19170


ARIBA, INC.
3420 HILLVIEW AVE
PALO ALTO, CA 94304


BANK OF THE WEST
505 MONTGOMERY ST.
SAN FRANCISCO, CA 94111


BIORN CORPORATION
PO BOX 464
ROCKFORD, MN 55373


BLESCH BROS. EQUIPMENT CO. INC.
8250 E STATE ROAD 58
ODON, IN 47562


BRIDGEFIELD CASUALTY INSURANCE
PO BOX 988
LAKELAND, FL 33802


CAINE AND WEINER
5805 SEPULVEDA BLVD.
VAN NUYS, CA 91411

CAN CAPITAL
2015 VAUGHN RD. NW
KENNESAW, GA 30144

CENTRAL PENSION FUND LOCAL 181
700 N ELM ST.
HENDERSON, KY 42420

CFM
PO BOX 42407
PORTLAND, OR 97242

CHASE INK CREDIT CARDS
201 N WALNUT ST.
DE1-0153
WILMINGTON, DE 19801

CHTD COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708

CLAAS FINANCIAL SERVICES
180 MONTGOMERY ST.
SAN FRANCISCO, CA 94104

CONSTRUCTION INDUSTRY RESEARCH TRUST FUN
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525

CROP PRODUCTION SERVICES
4130 315 N
SWITZ CITY, IN 47465


CROSSROADS TRUCK EQUIPMENT
816 T ST.
BEDFORD, IN 47421


DAIMLER TRUST
13650 HERITAGE PARKWAY
FORT WORTH, TX 76177


DAVID FRYE
PO BOX 44042
INDIANAPOLIS, IN 46244


DODGE DATA & ANALYTICS
300 AMERICAL METRO BLVD #185
TRENTON, NJ 08619


DOT COMPLIANCE GROUP
PO BOX 5090
TYLER, TX 75712


DTN LLC
11400 RUPP DRIVE
BURNSVILLE, MN 55337

DUBOIS COUNTRY TIRE SERVICES
2124 N NEWTON ST.
JASPER, IN 47546

ERC
PO BOX 23870
JACKSONVILLE, FL 32241

EVERSIDE HEALTH LLC
5510 S EAST ST
BLDG A, STE B
INDIANAPOLIS, IN 46227

FASTENAL
3939 W 56TH ST
INDIANAPOLIS, IN 46254

FORD MOTOR CREDIT COMPANY
PO BOX 62180
CO 80963

FRONTIER COMMUNICATIONS
401 MERRITT 7
NORWALK, CT 06851

HOPF EQUIPMENT
506 E 19TH ST.
HUNTINGBURG, IN 47542

HUTSON INC.
7362 IN-57
ELNORA, IN 47529


ILLINOIS TOLLWAY
2700 ODGEN AVE
DOWNERS GROVE, IL 60515


INDIANA DEPARTMENT OF  REVENUE
PO BOX 6479
INDIANAPOLIS, IN 46206-6479


INDIANA DEPARTMENT OF REVENUE
PO BOX 6479
INDIANAPOLIS, IN 46206


INDIANA LABORERS COMBINED FUND
2449 NORTH DELAWARE ST.
INDIANAPOLIS, IN 46205


INDIANA LABORERS FRINGE BENEFITS FUND
2449 NORTH DELAWARE ST.
INDIANAPOLIS, IN 46205


INDIANA TESTING
881 S GIRLS SCHOOL RD.
INDIANAPOLIS, IN 46231

```
INDIANA UNIVERSITY
107 S. INDIANA AVE.
BLOOMINGTON, IN 47405




INSTITUTE FOR WORKER WELFARE P.C.
6141 JOLIET RD
LA GRANGE, IL 60525




INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346




INTERNATIONAL UNION OF OPERATING ENG 150
C/O DALE D. PIERSON
6140 JOLIET RD.
LA GRANGE, IL 60525




JOE CORY
C/O GATH LAW OFFICE
PO BOX 44042
INDIANAPOLIS, IN 46244




JOHN BALLARD
C/O DAVID VINK
429 N. PENNSYLVANIA ST. SUITE 411
INDIANAPOLIS, IN 46204




JOHN DEERE FINANCIAL
6400 NW 86TH ST.
JOHNSTON, IA 50131
```

```
JOHNSON & JOHNSON INSURANCE
PO BOX 899
CHARLESTON, SC 29402




JONATHON SCHMIDT




JPMORGAN CHASE BANK
270 PARK AVE. 31ST FLOOR
NEW YORK, NY 10017




K&L EXCAVATING LLC
198 LITTLE SALT CREEK RUN
BEDFORD, IN 47421




K&L EXCAVATING LLC
198 LITTLE SALT CREEK RUN
BEDFORD, IN 47421




KUBOTA CREDIT USA
1000 KUBOTA DR
GRAPEVINE, TX 76051




LAPORTE COUNTY ASSESSOR
555 MICHIGAN AVE
STE 103
LA PORTE, IN 46350
```

LAPORTE COUNTY TREASURER
555 MICHIGAN AVE
LA PORTE, IN 46350


LAWRENCE COUNTY AUDITOR
916 15TH ST
BEDFORD, IN 47421


LAWRENCE COUNTY SHERIFF
1420 I STREET
BEDFORD, IN 47421


LINECO
821 PARKVIEW BLVD.
LOMBARD, IL 60148


LOCAL 150 IUOE VACATION SAVINGS PLAN
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525


LOCAL 181
700 N ELM ST
HENDERSON, KY 42420


LYON COLLECTION SERVICES
370 7TH AVE
NEW YORK, NY 10001

M&J SCHUETZ INSURANCE SERVICES
1531 INDIANA AVE
INDIANAPOLIS, IN 46202


M.J. SCHUETZ INSURANCE SERVICES, INC.
1531 INDIANA AVE.
INDIANAPOLIS, IN 46202


MACALLISTER MACHINERY CO.
6300 SOUTHEASTERN AVE
STE A
INDIANAPOLIS, IN 46203


MALLOR GRODNER
101 W OHIO ST. SUITE 1600
INDIANAPOLIS, IN 46204


MARTIN'S BARN ON KNOB CREEK LLC
198 LITTLE SALT CREEK RUN
BEDFORD, IN 47421


MARTIN'S BARN ON KNOB CREEK LLC
198 LITTLE SALT CREEK RUN
BEDFORD, IN 47421


MDC RECOVERY SERVICE
14 DEPOT ST.
MERRIMACK, NH 03054

MEA ENERGY ASSOCIATION
7825 TELEGRAPH RD.
MINNEAPOLIS, MN 55438


MID CENTRAL OPERATING ENGINEERS HEALTH
C/O DAVID T. VLINK
429 N PENNSYLVANIS ST. SUITE 411
INDIANAPOLIS, IN 46204


MID-CENTRAL OPERATING ENGINEERS H&W FUND
1100 POPLAR STREET
PO BOX 9605
TERRE HAUTE, IN 47808


MIDWEST OPERATING ENGINEERS PENSION
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525


MIDWEST OPERATING ENGINEERS WELFARE FUND
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525


MIDWEST OPERATING PENSION TRUST FUND
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525


MIDWEST RETIREMENT ENCHANCEMENT FUND
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525

MJ SCHUETZ INSURANCE SERVICES
1531 INDIANA AVE
INDIANAPOLIS, IN 46202


MONROE COUNTY TIRE & SUPPLY
101 W DILLMAN RD
BLOOMINGTON, IN 47403


MYER TRUCK EQUIPMENT
4805 W 96TH ST
INDIANAPOLIS, IN 46268


NATIONWIDE INSURANCE
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215


NATIONWIDE RECOVERY SERVICES
501 SHELLEY DR
SUITE 300
TYLER, TX 75701


NAU COUNTRY INSURANCE COMPANY
7333 SUNWOOD DRIVE
ANOKA, MN 55303


NAVITAS
203 FORT WADE RD. SUITE 300
PONTE VEDRA, FL 32081

```
NIPSCO
801 E. 86TH AVE.
MERRILLVILLE, IN 46410




OHIO DEPARTMENT OF JOB & FAMILY SERVICES
30 E BROAD ST
COLUMBUS, OH 43215




ONE ADVANTAGE
1230 W STATE RD 2
LA PORTE, IN 46350




OPERATING ENGINEERS LOCAL 150 FUND
C/O EMIL TOTONCHI
6141 JOLIET RD.
LA GRANGE, IL 60525




PEKIN INSURANCE
2505 COURT ST.
PEKIN, IL 61558




PROGRESSIVE INSURANCE
9339 PRIORITY WAY W DR
STE 200
INDIANAPOLIS, IN 46240




PUCIN & FRIEDLAND
935 NATIONAL PARKWAY, SUITE 40
SCHAUMBURG, IL 60173
```

PUTNAM SEED SERVICE LLC
6657 E ST RD 240
GREENCASTLE, IN 46135

RIVERLINK
400 E MAIN ST #102
LOUISVILLE, KY 40202

RJE II FERTILIZER
720 US-50
VERSAILLES, IN 47042

SAMPSON FUNDING
17 STATE ST
NEW YORK, NY 10004

SAMSON HORUS
104 E 25TH ST
10TH FLOOW
NEW YORK, NY 10010

SCJ COMMERCIAL
17507 S. DUPONT HWY.
HARRINGTON, DE 19952

SPICE VALLEY LANDSCAPE LLC
4684 DIXIE HWY
BEDFORD, IN 47421

```
STATE OF OHIO
C/O YALE R. LEVY
PO BOX 361076
COLUMBUS, OH 43236




STEARNS LEASING
4140 THIELMAN LANE SUITE 105
SAINT CLOUD, MN 56301




STOKES & HOUSEL CPAS
1227 15TH ST
BEDFORD, IN 47421




STONE SAUNDERS & ASSOCIATES
1391 W 5TH AVE
STE 266
COLUMBUS, OH 43212




TOPCON SOLUTIONS
7278 E 86TH ST.
INDIANAPOLIS, IN 46250




TVA HEALTH AND WELFARE TRUST FUND
700 N. ELM ST.
PO BOX 1179
HENDERSON, KY 42419




U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH ST. SUITE 320
BIRMINGHAM, AL 35203
```

```
UMPQUA BANK
1 SW COLUMBIA ST.
PORTLAND, OR 97204




UNITED FIRE AND CASUALTY COMPANY
C/O MICHAEL J WEBER
222 WEST ADAMS ST. SUITE 3400
CHICAGO, IL 60606




VERIFORCE
1575 SAWDUST RD
STE 600
SPRING, TX 77380




VERMEER
1210 EAST VERMEER RD.
PELLA, IA 50219




WEEKES FOREST PRODUCTS, INC.
480 W 138TH ST.
RIVERDALE, IL 60827




WORKING WELL
2307 LAPORTE AVE. #8
VALPARAISO, IN 46383




WYATT SEED COMPANY
2415 IN-17
PETERSBURG, IN 47567
```

```
YAK MAT, LLC
2438 US-98 E
COLUMBIA, MS 39429
```